IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McInnis, Vincent G | Case Number: 06 B 06159 |
|---|---|---|
|  | Anderson, Sally L | Judge: Hollis, Pamela S |
|  | Printed: 7/15/08 | Filed: 5/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 31, 2008
Confirmed: September 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,300.00 |  |
| Secured: |  | 8,295.17 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,431.48 |
| Trustee Fee: |  | 573.35 |
| Other Funds: |  | 0.00 |
| Totals: | 11,300.00 | 11,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,675.00 | 2,431.48 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 5. | Govednik Automotive | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 632.00 | 157.71 |
| 7. | Credit Acceptance Corp | Secured | 12,521.09 | 5,450.55 |
| 8. | Chase Home Finance | Secured | 11,877.82 | 2,686.91 |
| 9. | B-Line LLC | Unsecured | 77.05 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 264.74 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 238.20 | 0.00 |
| 12. | Comcast Cablevision | Unsecured | 97.04 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 1,077.50 | 0.00 |
| 14. | Bank One | Unsecured | 881.99 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 265.30 | 0.00 |
| 16. | Progressive Management Systems | Unsecured | 106.97 | 0.00 |
| 17. | Baxter Credit Union | Unsecured | 130.19 | 0.00 |
| 18. | B-Line LLC | Unsecured | 213.43 | 0.00 |
| 19. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 20. | Cfc Deficiency Recover | Unsecured |  | No Claim Filed |
| 21. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 22. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 23. | Fed Adjustment Burear | Unsecured |  | No Claim Filed |
| 24. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
| 25. | First Premier | Unsecured |  | No Claim Filed |


IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McInnis, Vincent G  
Anderson, Sally L  
Printed: 7/15/08

Case Number: 06 B 06159  
Judge: Hollis, Pamela S  
Filed: 5/30/06

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 27. | Drive Financial Services | Unsecured | | No Claim Filed |
| 28. | American Collection Corp | Unsecured | | No Claim Filed |
| 29. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 30. | HSBC | Unsecured | | No Claim Filed |
| 31. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 32. | HSBC | Unsecured | | No Claim Filed |
| 33. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 34. | Keynote Consuling | Unsecured | | No Claim Filed |
| 35. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 36. | Keynote Consuling | Unsecured | | No Claim Filed |
| 37. | Litton Loan Servicing | Unsecured | | No Claim Filed |
| 38. | Mages & Price | Unsecured | | No Claim Filed |
| 39. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 40. | Armor Systems Co | Unsecured | | No Claim Filed |
| 41. | State Collection Service | Unsecured | | No Claim Filed |
| 42. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 43. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 44. | Checkrite Ltd | Unsecured | | No Claim Filed |
| 45. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 46. | Nationwide Equipment | Unsecured | | No Claim Filed |
| 47. | Northwest Collectors | Unsecured | | No Claim Filed |
| 48. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 49. | Midland Mortgage Company | Unsecured | | No Claim Filed |
| 50. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 51. | Robert G Michaels & Associates | Unsecured | | No Claim Filed |
| 52. | Professional Account Management | Unsecured | | No Claim Filed |
| 53. | Ocwen Federal Bank FSB | Unsecured | | No Claim Filed |
| 54. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 55. | West Asset Management | Unsecured | | No Claim Filed |
| 56. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 57. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 58. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 59. | Armor Systems Co | Unsecured | | No Claim Filed |
| 60. | Mercury Finance Co | Unsecured | | No Claim Filed |

$ 31,058.32            $ 10,726.65

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 296.91 |
| 5.4% | 274.99 |
| 6.5% | 1.45 |
| | $ 573.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McInnis, Vincent G
         Anderson, Sally L
         Printed:  7/15/08

Case Number:  06 B 06159
Judge:  Hollis, Pamela S
Filed:  5/30/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

